430 A.2d 1151

## Walter W. COHEN, Consumer Advocate, et al., Appellants,

v.

## The DISCIPLINARY BOARD OF the SUPREME COURT OF PENNSYLVANIA et al.

Supreme Court of Pennsylvania.

Argued May 20, 1981.

Decided June 4, 1981.

Walter W. Cohen, Consumer Advocate, Daniel Clearfield, Asst. Consumer Advocate, Harrisburg, for appellants.

Allen B. Zerfoss, Harrisburg, Charles W. Johns, Howland W. Abramson, Philadelphia, for appellees.

Before ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

Order affirmed.

O'BRIEN, C. J., and WILKINSON, J., did not participate in the consideration or decision of this case.